PETER K. STRIS (SBN 216226)
  peter.stris@strismaher.com
BRENDAN S. MAHER (SBN 217043)
  brendan.maher@strismaher.com
ELIZABETH R. BRANNEN (SBN 226234)
  elizabeth.brannen@strismaher.com
VICTOR O'CONNELL (SBN 288094)
  victor.oconnell@strismaher.com
STRIS & MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
Telephone:  (213) 995-6800
Facsimile:  (213) 261-0299

*Attorneys for Defendant*
McDonald's Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JADE BERREAU, as administrator of the Estate of Dashiell Snow,<br><br>Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-CV-07394<br><br>**DECLARATION OF DAVID VILKAMA** |

I, David Vilkama, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Director of Global Retail Design and New Concepts for McDonald's Corporation. In this capacity, I am necessarily familiar with the process for the creation and approval of décor in McDonald's restaurants located inside and outside the United States. Except as otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of the 2015 Form 10-K that McDonald's Corporation has filed with the Securities and Exchange Commission. On page one of the PDF, McDonald's Corporation affirms that it is a Delaware corporation with headquarters located at One McDonald's Plaza, Oak Brook, Illinois.

3. Attached as Exhibit B is a true and correct copy of Assistant Secretary's Certificate, showing that McDonald's USA, LLC is a Delaware LLC with headquarters in Oak Brook, Illinois.

4. The décor identified in paragraph 2 of the complaint in this lawsuit is used only in McDonald's restaurants located outside the United States.

5. Neither McDonald's Corporation nor McDonald's USA, LLC were involved in creating or approving the disputed décor for use in McDonald's restaurants located outside of the United States.

6. The Long Beach regional office of McDonald's USA, LLC, located at 3800 Kilroy Airport Way, Suite 200, Long Beach, CA 90806, is not involved in the creation or approval of décor for any of McDonald's restaurants.

7. McDonald's Corporation does not conduct its operations at the Long Beach regional office of McDonald's USA, LLC.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed at  OAK BROOK, IL  on this October 27, 2016.

_____
David Vilkama

2

DECLARATION OF DAVID VILKAMA
Case No. 2:16-CV-07394