JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE BERREAU, as administrator of the Estate of Dashiell Snow, <br><br> Plaintiff, <br><br> v. <br><br> McDONALD'S CORPORATION, <br><br> Defendant. | Case No. CV 16-7394 FMO (ASx) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 30th day of January, 2017.

/s/
Fernando M. Olguin
United States District Judge